IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| RAMEL MOTEN | : | No. 10-620-01 |

## O R D E R

**AND NOW**, this 12th day of July, 2012, upon consideration of Defendant's, Ramel Moten, Motions to Suppress Evidence (Doc. No. 313 & 314), the Government's Response thereto (Doc. No. 375), and following an evidentiary hearing on Tuesday, May 15, 2012 and Wednesday, May 16, 2012 with all counsel, it is hereby ORDERED that the motions are **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.