# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| | : |
| v. | : NO. 10-620-1 |
| | : |
| RAMEL MOTEN | : |
| | : |

## ORDER

**AND NOW**, this 6th day of June 2022, upon consideration of Defendant's pro se "Motion to Vacate or Set Aside, pursuant to 28 U.S.C. § 2255" (ECF No. 944), two "Motion[s] to Vacate under the First Step Act" (ECF Nos. 981 and 982), Counseled "Supplemental Motion to Vacate/Set Aside/ or Correct under 28 U.S.C. § 2255" (ECF No. 1000), and the Government's Response in Opposition (ECF No. 1054), and for the reasons set forth in the separately filed memorandum opinion, **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendant's Motions (ECF Nos. 944, 981, 982, and 1000) are **DENIED**;
2. Ramel Moten's request for an evidentiary hearing is **DENIED**; and
3. There is no cause to issue a certificate of appealability.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**